Sylvia COHEN, Appellant,

v.

LITTLE SIX, INC., d/b/a Mystic Lake Casino, Respondent.

No. C6–95–928.

Supreme Court of Minnesota.

Jan. 21, 1997.

### ORDER

WHEREAS, by order filed on April 16, 1996, this court stayed all proceedings pending final disposition by this court in *Gavle v. Little Six, Inc. d/b/a Mystic Lake Casino,* 534 N.W.2d 280 (Minn.App.1995), *pet. for rev. granted* (September 28, 1995); and

WHEREAS, the court issued its decision in *Gavle* by its filing on October 31, 1996 and that decision is controlling;

IT IS FURTHER ORDERED that the decision of the court of appeals filed February 13, 1996 in the above-entitled matter be, and the same is, affirmed without further proceedings. *See Gavle v. Little Six, Inc.,* 555 N.W.2d 284 (Minn.1996).

BY THE COURT:

/S/ Alexander M. Keith
Chief Justice